## BELT v. STATE.
### No. 17194.

Court of Criminal Appeals of Texas.
Jan. 30, 1935.

Everette B. Parks and Baskett & De Lee, all of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. The exceptions to the court's charge cannot be appraised in the absence of a statement of facts. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.